IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23- |
|---|---|---|
| v. | : | DATE FILED: |
| KHALIF WARD | : | VIOLATIONS:<br>18 U.S.C. § 922(o) (possession of a machinegun – 1 count)<br>18 U.S.C. § 922(g)(1) (possession of a firearm by a convicted felon<br>Notice of forfeiture |
| | : | |
| | : | |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about August 16, 2023, in Upper Merion Township, in the Eastern District of Pennsylvania, defendant

**KHALIF WARD**

knowingly possessed a machinegun, as defined by Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is, a Glock model 23 gen5, .40 caliber semi-automatic pistol, bearing serial number BPCD704, capable of firing semiautomatically or fully automatically, loaded with 17 live rounds of ammunition.

In violation of Title 18, United States Code, Section 922(o).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 16, 2023, in Upper Merion Township, in the Eastern District of Pennsylvania, defendant

**KHALIF WARD,**

knowing he had previously been convicted in a court in the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock model 23 gen5, .40 caliber semi-automatic pistol, bearing serial number BPCD704, loaded with 17 live rounds of ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 922(o) and 922(g)(1), as set forth in Counts One and Two of this indictment, defendant

**KHALIF WARD**

shall forfeit to the United States of America the firearm involved in the commission of such offense, including but not limited to:

a Glock model 23 gen5, .40 caliber semi-automatic pistol, bearing serial number BPCD704, 17 live rounds of ammunition; and

$2,790 in United States currency.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____
GRAND JURY FOREPERSON

_____ /for
**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

No._ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

KHALIF WARD

INDICTMENT

Counts

18 U.S.C. § 922(o) (possession of machine gun – 1 count), 18 U.S.C. § 922(g)(1) (possession of a firearm by a convicted felon, Notice of forfeiture

Filed in open ___ day,
Of ___

